263 So.2d 44

STATE of Louisiana ex rel.
William LAMBERT

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52531.

June 20, 1972.

Application denied. In view of the written reasons of the trial judge, the showing made does not warrant the exercise of our supervisory or original jurisdiction.

263 So.2d 45

STATE of Louisiana ex rel.
Willie ALLEN

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52564.

June 20, 1972.

BARHAM, J., is of the opinion the evidentiary rehearing discloses that the plea was not knowingly and voluntarily made. Counsel never discussed the facts of the case with relator and could not advise as to the applicable law nor as to the merits of relator's defenses.